■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CRUZ, Appellant. [995 NYS2d 507]—Appeal from judgment, Supreme Court, New York County (Bonnie G. Wittner, J., at plea; Carol Berkman, J., at sentencing), rendered August 14, 2012, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fourth degree, and sentencing him to a term of five years' probation, held in abeyance, motion by assigned counsel to be relieved denied without prejudice to renewal, and counsel directed to confirm that defendant has been furnished with a copy of counsel's brief in accordance with *People v Saunders* (52 AD2d 833, 833-834 [1st Dept 1976]).

In partial compliance with *Saunders*, counsel has submitted a brief advising this Court that there are no nonfrivolous issues to be raised. However, we hold the matter in abeyance pending proof that defendant was sent a copy of counsel's brief (*see People v Pack*, 138 AD2d 269 [1st Dept 1988]). Concur—Friedman, J.P., Acosta, Saxe, Manzanet-Daniels and Gische, JJ.